**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| LUV N' CARE, LTD, et al. § <br> § <br> v.  § <br> § <br> ROYAL KING INFANT § <br> PRODUCTS CO., LTD., et al. | Case No. 2:10-CV-0461-JRG-RSP |

## <u>ORDER</u>

Currently before the Court is the Report and Recommendation filed by the Magistrate Judge on June 28, 2012 (Dkt. No. 49) recommending (1) that the Defendants' Motions to Dismiss for Lack of Personal Jurisdiction (Dkt. Nos. 14 and 26) be granted to the extent of dismissing without prejudice all claims against Defendant Dalbir Khurana other than the claims of fraudulent inducement, and otherwise denied, and (2) that the Motions to Dismiss Under Rule 12(b)(6) (Dkt. Nos. 15 and 27) be denied.  Having considered the Objections filed by Defendants (Dkt. No. 53), and finding them to be without sufficient merit, the Recommendation is adopted.  Accordingly,

IT IS ORDERED that the Defendants' Motions to Dismiss for Lack of Personal Jurisdiction (Dkt. Nos. 14 and 26) are GRANTED to the extent of dismissing without prejudice all claims against Defendant Dalbir Khurana other than the claims of fraudulent inducement, and otherwise DENIED, and (2) that the Motions to Dismiss Under Rule 12(b)(6) (Dkt. Nos. 15 and 27) be DENIED.

**So ORDERED and SIGNED this 6th day of August, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE