# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| LUV N' CARE, LTD., et al., | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Case No. 2:10-CV-461-JRG |
| ROYAL KING INFANT PRODUCTS CO., LTD.,, et al., | § § § § | |
| *Defendants*. | § | |

## **ORDER**

Before the Court is Plaintiffs' Motion for Attorney's Fees (Dkt. No. 242). Having considered the Motion and reviewed the record. The Court finds that Plaintiffs' Motion lacks merit and is therefore **DENIED**.

**So ORDERED and SIGNED this 20th day of March, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE